# Court of Appeals
# of the State of Georgia

ATLANTA,  December 31, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0142. DAVIOUN COLLIER v. FULTON SUPERIOR COURT.**

On December 4, 2020, Davioun Collier[1] filed this application for discretionary review of the trial court's September 4, 2020 order dismissing the case and directing the trial court clerk to not accept any further pleadings in the case other than a notice of appeal. We lack jurisdiction because the application is untimely.

To be timely, an application must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). As Collier filed this application 91 days after entry of the order at issue, the application is untimely and subject to dismissal. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012); see also *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith.").

---

[1] Although the application purports to be filed on behalf of both Davioun Collier and Marvette Collier, it is only signed by Davioun, who is not an attorney. Davioun thus is the sole applicant because, as a non-attorney, he may not file an appeal on behalf of other parties. See *Aniebue v. Jaguar Credit Corp.*, 308 Ga. App. 1, 1 n.1 (708 SE2d 4) (2011).

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* __12/31/2020__
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*